EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 9 2004

at 10 o'clock and 48 min A M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BRANDON KOTECKI,<br><br>　　　　　　Defendant. | CR. NO. CR04-00432 DAE<br><br>INDICTMENT<br><br>[49 U.S.C. §46504;<br>　21 U.S.C. §841(a)] |

INDICTMENT

COUNT 1

[21 U.S.C. §841(a)]

　　The Grand Jury charges:

　　On or about July 7, 2004, in the special aircraft jurisdiction of the United States, to wit, North American Airlines flight #309 from Oakland, California to Honolulu,

Hawaii, with the District of Hawaii being the place where the defendant was arrested and first brought, the defendant, BRANDON KOTECKI knowingly and intentionally distributed marijuana.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

<u>COUNT 2</u>

[49 U.S.C. §46504]

The Grand Jury charges:

On or about July 7, 2004, in the special aircraft jurisdiction of the United States, to wit, North American Airlines flight #309 from Oakland, California to Honolulu, Hawaii, the defendant, BRANDON KOTECKI, did distribute a quantity of marijuana to a flight attendant, "Y.C.", thereby interfering with the performance of said flight attendant's official duties

//
//
//
//
//
//
//
//
//
//

and lessening the ability of the flight attendant to perform her said duties.

All in violation of Title 49, United States Code, Section 46504.

DATED: Honolulu, Hawaii, ___NOV 0 9 2004___.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

UNITED STATES vs. BRANDON KOPECKI
Cr. No.
"Indictment"

3